UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

PHILIP MORRIS USA INC.,

        Plaintiff,

  v.

MOHAMMED NAGI SAAD, individually and doing business as COUNTRY MARKET, et al.,

        Defendants.
_____/

CIV. NO. 1:06-CV-1173 OWW SMS

PHILIP MORRIS USA INC.,

        Plaintiff,

  v.

MUNIR YASIN, et al.,
DENNIS ROGERS, et al.,
RALPH G. GREER, JR., et al.,
DUC C. DUONG, et al.,
HAN TRAN, et al.,
CHEAP CIGARETTES, et al.,
HARMANDAR GILL, et al.,
SAAD SOUS, et al.,
ELOISE S. ESCANDON, et al.,
M&S MARKET, et al.,

        Defendant.
_____/

Related Cases Nos.
CIV. NO. S-02-2315 WBS DAD
S-02-2619 WBS DAD
S-03-0409 WBS DAD
S-03-0825 WBS DAD
S-03-1504 WBS DAD
S-03-2203 WBS DAD
S-04-0323 WBS DAD
S-04-0524 WBS DAD
S-05-1337 WBS DAD
S-06-0133 WBS DAD

----oo0oo----

RELATED CASE ORDER

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 83-123, E.D. Cal. (1997). The cases all have the same plaintiff and have similar issues of law. Accordingly, the assignment of the matters to the same judge is likely to effect a substantial

saving of judicial effort and is also likely to be convenient for the parties.  The parties should be aware that relating the cases under Local Rule 83-123 merely has the result that these actions are assigned to the same judge and the same magistrate judge; no consolidation of the actions is effected.

       IT IS THEREFORE ORDERED that the action denominated 1:06-CV-1173 OWW SMS should be, and the same hereby is, reassigned to the Honorable WILLIAM B. SHUBB and Magistrate Judge Dale A. Drozd for all further proceedings. Any dates currently set in the reassigned case only are hereby VACATED.

       IT IS FURTHER ORDERED that the action be transferred to the Sacramento Division of the U.S. District Court.  Henceforth, the caption on documents filed in the reassigned case shall be shown as Case No. Civ. S-06-1989 WBS DAD.

       IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustments in the assignment of civil cases to compensate for this reassignment.

       IT IS SO ORDERED.

DATED:  September 6, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE